IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
MAY 24 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JONATHAN LOUIS MESZAROS,<br><br>*Defendant.* | SEALED<br><br>Case No. CR 22-083-RAW |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### POSSESSION OF FIREARM & AMMUNITION BY PROHIBITED PERSON
### [18 U.S.C. §§ 922(g)(8) & 924(a)(2)]

On or about January 18, 2022, in the Eastern District of Oklahoma, the defendant, **JONATHAN LOUIS MESZAROS**, knowing he was subject to a court order issued in the District Court of Pontotoc County, State of Oklahoma, on September 18, 2019, Case No. PO-2019-69, issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, and threatening an intimate partner, restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner, that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, that included a finding that the defendant was a credible threat to the physical safety of the intimate partner and knowing of such protective order, did knowingly possess in and affecting interstate commerce, a firearm, to-wit: One (1) Ruger, Model Mark IV, .22 caliber, semi-automatic pistol, serial number 500188903;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## COUNT TWO

### FALSE STATEMENT DURING ACQUISITION OF A FIREARM
### [18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

On or about January 28, 2022, in the Eastern District of Oklahoma, the defendant, **JONATHAN LOUIS MESZAROS**, in connection with the attempted acquisition of a firearm to-wit: One (1) Ruger, Model Mark IV, .22 caliber, semi-automatic pistol, serial number 500188903; from D&S Pawn a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to D&S Pawn which statement was intended and likely to deceive D&S Pawn, as to a fact material to the lawfulness of such sale and disposition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not subject to a court order restraining him from harassing, stalking, or threatening an intimate partner when in fact he was subject to such an order in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

WILL COSNER, OBA # 31827
Assistant United States Attorney